UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:09CR0421 CDP/TCM |
| ) | |
| CHARLES BRADFORD, ) | |
| WILLIE MORRIS, ) | |
| and, ) | |
| PATRICIA ROSS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on Defendants Charles Bradford and Patricia Ross' Motions for extension of time within which to file motions and for continuance of the pretrial motion hearing. [Doc.46, 47]

For the reasons set out in Defendants' motions, the Court finds that to deny Defendants' requests for such additional time would deny counsel for Defendants the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting Defendants' requests for additional time outweigh the best interest of the public and Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) Therefore, the time granted to Defendants to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendants' right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motions for extension of time within which to file motions and for continuance of the pretrial motion hearing is **GRANTED**. [Doc. 46,47]

**IT IS FURTHER ORDERED** that all Defendants shall have until September 3, 2009, to file any pretrial motions or waiver of motions. The government shall have until September 8, 2009, to respond.

**IT IS FURTHER ORDERED** that the Evidentiary/Waiver Hearing presently set for August 11, 2009, is continued and rescheduled for September 10, 2009, at 9:00 a.m. Defendants and counsel for all parties are required to attend.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of August, 2009.